(OOidal Form 1) (10/05)

Form 16A
(10105)

## Form 16A. CAPTION (FULL)

# United States Bankruptcy Court

### District Of

Inre  JOSE A. TORRES MARRERO )
     MARIA S. DIAZ VICENTE )
     *[Set forth here all names including married,* )
     *maiden, and trade names used by debtor within* )
     *last 8 years.]*   Debtor ) Case No.
)
Address )
    URB. CARRASQUILLO )  Chapter13
    CALLE JUAN SOTO #261 )
    CAYEY, PR 00736 )
Last  four  digits  of  Social  Security )
No(s).:Debtor (4004) )
Joint of debtor(5246) )
Employer's Tax Identification No(s). *[if any]:*

*[Designation of Character of Paper]*

United States Bankruptcy Court
District of

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JOSE A TORRES MARRERO** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**MARIA S DIAZ VECENTE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec]Complete EIN or other Tax J.D. No. (if more than one, state all): 4257 | Last four digits of Soc. Sec.lComplete EIN or other Tax J.D. No. (if more than one, state all): 5246 |
| Street Address of Debtor (No. & Street, City, and State):<br>URB. URB. CARRASQUILLO 261<br>CALLE JUAN SOTO<br>CAYEY, PR 00736    IZIPCODE 00735 | Street Address of Joint Debtor (No. & Street, City, and State):<br>SAME AS DBTOR    ZIPCODE |
| Comty of Residence or of the Principal Place of Business:<br>Mailing Address of Debtor (if different from street address):<br>SAME AS ABOVE    ZIPCODE | Comty of Residence or of the Principal Place of Business:<br>Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): _____ IZIPCODE | |

**Type of Debtor (Form of Organization)** (Check one box.)

- Individual (includes Joint Debtors)
- O Corporation (includes LLC and LLP)
- O Partnership
- O Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business** (Check all applicable boxes.)

- O Health Care Business
- O Single Asset Real Estate as defined in 11 U.S.C.& 101 (51b)
- O Railroad
- O Stockbroker
- O Commodity Broker
- O Clearing Bank
- O Nonprofit Organization qualified under 15 U.S.C.& 501 © (3)

**Chapter of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)

- O Chapter 7
- O Chapter 9
- O Chapter 11
- O Chapter 12
- X Chapter 13
- O Chapter 15 Petition for Recognition of a Foreign Main Proceeding

**Nature of Debts** (Check one box:)
- O Consumer /Non-Business
- O Business

**Chapter 11 Debtors** Check one box:
- O Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- O Debtor is not a small business debtor as defined in 11 V.S.C. § 101(51D).

Check If:
- O Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiiates are less than $2 million.

**Filing Fee (Check one box)**

- X Full Filing Fee attached
- 0 Filing Fee to be paid in installments (Applicable to individuals only)
  Must attach signed application for the court's consideration eertif)-ing that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- 0 Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the coon's consideration. See Official Form 3B.

**Statistical/Administrative Information**    ruIS SPACU IS FOR COURT USII ONLY

- 0 Debtor ...'imates that funds will be available for distribution to unsecured creditors.
- 0 Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for dU.'lnDution to unsecured creditors.

**Estimated Number of Creditors**

| I. 49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Estimated Assets**

(Official Form 1) (10/05)

| Voluntary Petition *(Thif page muft be completed and filed in every cafe)* | Name of Debtor(s): |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative of a Recognized Foreign Proceeding |
|---|---|
| I declare WIder penalty of pctjury that the infonnation provided in this petition is true and correct (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, Wldcrstand the relief available WIder each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code. I request relief in accordance with the chapter of title II, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare WIder penalty of pCJjury that the infonnation provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding. and that I am authorized to file this petition. A certified copy of the order granting recognition is attached. X _____ (Signature of Foreign Representative) _____ (printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney** X _____ Signature of Attorney for Debtor(s) _____ Printed Name of Attorney for Debtor(s) _____ Finn Name _____ Address _____ Telephone Number _____ Date | **Signature of Non-Attorney Bankruptey Petition Preparer** I declare under penalty of pctjury that: (I) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this docmnent for compensation and have provided the debtor with a copy of this docmnent and the notices and information required under 11 U.S.C. §§ IIO(b), 1l0(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.s.C. § 11 O(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Fonn I9B is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Prcparer _____ Social Security number (If the bankrulpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer. XRequired by 11 U.S.c. § 110.) |
| **Signature of Debtor (Corporation/Partuership)** I declare under penalty of pctjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | Address X _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official fonn for each person. *A bankruptcy petition preparer s failure to comply with the provi.fiOn.f of title 11 and theF ederal Rule.f of Bankruptcy Procedure may re.mlt infine.f or imprifonment* |

*[Signatures present on debtor and joint debtor lines]*

Form B6A
(10'05)

, Inn

JOSE A. TORRES MARRERO
MARIA S. DIAZ VICENTE  Debtor

Case No.
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a c0tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not indude interests in executory contracts and une~ired leases on this schedule. Ust 1I1em in Schedule G - Executory Contracts and Une~ired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| HOUSE LOCATED IN URB. CARRASQUILLO 261 CALLE JUAN SOTO CAYEY, PR | Equitable | $75,000.00 | |
| | Total>- | $75,000.00 | |

(Report also on Summary of Schedules.)

Form B6B
(lCr'OS)

In re  TORRES MARRERO, JUAN A.
MARIA S. DIAZ VICENTE
         Debtor

Case No.
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional Sp8CC is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "UW," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in exeeutory contracCs and unexpired leases on Chb schedule. list Chern in Schedule G - Executory ContracCs and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | | In personal possession of debtor | $80.00 |
| 2. Checking, savings or other fman-cial accounts, certificates of deposit, or shares in baub, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS | $2,500.00 |
| S. Boob; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collcctibles. | | | |
| 6. Wearing apparel. | | WEARING APPAREL | $650.00 |
| 7. Furs and jcwehy. | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | |
| 10. Annuities. Itemize and name each issuer. | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § S3O(b)(I) or under a qualified State tuition plan as defined in 26 U.S.C. § S29(bXl). Give particulars. (File separately the rccord(s) of any such intercst(s). 11 U.S.C. § S21(c); Rule l007(b». | | | |

Fonn B6B-cent. (1005)

Inre TORRES MARRERO, JOSE A..
MARIA S. DIAZ VICENTE
Debtor

Case No.
(If known)

## SCHEDULE B .PERSONAL PROPERTY
(ConIimlation SbM)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 22 Patents, copyrights, and other intellectual propa1:y. Give particulars. | | | |
| 23. Liccuscs, ftanchiscs, and other general intangibles. Give particulars. | | | |
| 24. Customer lists or other compilations containing penonally identifiable infonnation (as defmed in 11 U.S.C. § 101(41A» provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household pwposcs. | | | |
| 25. Automobilcs, trucks, lrailen, and other vehiclcs and accessorics. | | TOYOTA RUNNER 2001 | $30,037.76 |
| 26. Boats, moton, and accessorics. | | | |
| 27. Aircraft and accessorics. | | | |
| 28. ()ft"JCC equipment, furnishings, and supplics. | | | |
| 29. Machinery, Ia:turcs, equipment, and supplics used in busincss. | | | |
| 30. Inventory. | | | |
| 31. Animals. | | | |
| 32 Crops. growing or harvcsted. Give particulars. | | | |
| 33. Farming equipment and implements. | | | |
| 34. Farm supplics, chemicals, and feed. | | | |
| 35. Other penonal property of any kind not already listed. Itemize. | | | |
| | | (Include amounts &om any continuation sheets attached. Report total also on continuation sheets attached  Total Summary of Schedulcs.) | $33,187.76 |

Form B6B-Cml (10'05)

In re TORRES MARRERO, JOSE A
MARIA S. DIAZ VICENTE
           Debtor

Case No. 06-00243
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | |
| 16. Accounts receivable. | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | - | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | |

Fenn B6C
(1 <YOS)

Inre  TORRES MARRERO, JOSE A.
            MARIAS.DIAZVICENTE
         Debtor

Case No.
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
O 11 u.s.c. § 522(bX2)
O 11 u.s.c. § 522(bX3)

o Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | V ALOE OF CLAIMED EXEMPTION | CURRENT V ALOE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CASH | SEC. 522 (d) (5) | $80.00 | $80.00 |
| HOUSEHOLD GOODS | SEC. 522 (d) (3) | $2,500.00 | $2,500.00 |
| WEARING APPAREL | SEC. 522 (d) (3) | $650.00 | $650.00 |
| AUTOMOBILE | SEC. 522 (d) (2) | $2,575.00 | $2,575.00 |
| RESIDENCE | SEC. 522 (d)(1) | $34,000.00 | $75,000.00 |