TORRES MARRERO, JOSE A.

Case No. 06-00358

Form  B6DDIAZ VICENTE, MARIA S.

(10/05)         Debtor

(If known)

Inre

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bania'. P. IOO7(m). Ifall secured creditors will not 6ton this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed. " (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary ofSchedu1es.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See InstructtonsAbove) | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Check this box if debtor has no creditors holding secured claims to report on this Schedule D. | | | | | | | | |
| ACCOUNT NO. 738670229486 FIRST BANK GPO BOX 13817 SAN JUAN PR 00908-3817 | | | AUTOMOBILE LOAN 2000 CONDITIOAL SALES | | | | $30,037.07 | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. 0009717226 RG MORTGAGE GPO BOX 362394 SAN JUAN, PR 00936-2394 | | | REAL ESTATE MORTGAGE 13-15-93 | | | | $41,877.95 | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _continuation sheets attached | | | Subtotal (Total of this page) | | | | $ 71,915.02 | |
| | | | Total | | | | $ 71,915.02 | |

Fonn B6D - Cont.
*(10105)*
Inn

TORRES MARRERO, JOSE A.

DIAZ VICENTE, MARIA S.
Debtor

Case No. 06-00358
(If known)

(Report total also OD Summary of Schedulca)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet ___ DO. ___ of_continuation sheets attached to Schedulc of Creditors Holding Secured Claims

Subtotal
(Total of this pagc)

$

Total
(Usc only OD last page)

$

Form! B6E
(IQIOS)

TORRES MARRERO, JOSE A.
DIAZ VICENTE, MARIA S.

Case No. 06-00358

Debtor

lore

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. l007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "CO in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

D Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claima in that category arc lilted on the attached .heda) D Domestic

**Support Ob6gations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(aXI).

O Extensions or credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(aX3).

O Wages, salaries, and commisdons

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifYing independent sales representatives up to $10,000. per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(aX4).

O Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(aX5).

Form B6B –
CorX. (1 <Y05)

Inre

TORRES MARRERO, JOSE A.

DIAZ VICENTE, MARIA S.
Debtor

Case No. 06-00358
(If known)

## SCHEDULE E - **CREDITORS HOLDING UNSECURED PRIORITY** CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. N/A | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

DO. of sheets -.:bed to Schedule of CreditDn

Holding Priority Claims

Subtotal (Total of this page) $

Total $

(Use only on last page of the completed Schedule E.

(Report total also on Summary of Schedules)

Form  B6E  Contd.
(ICWM)

TORRES MARRERO, JOSE A.          Case No. 06-00358

DIAZ VICENTE, MARIA S.                              (if known)

Debtor

In re

O  Certllin farmers and fishennen

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U .S.C. § S07(aX6).

O  Deposits by individuals

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(aX7).

O  Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(aX8).

O  CommiCments to Maintain the Capital of an Insured Depository Institution

Claims based on commiCments to the FDIC, RTC, Director of the Office ofTbrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11
U.S.C. § 507 (aX9).

O  aaims for Death or Personal Injury WhUe Debtor Was Intoxicated

Claims for death or personal injul)' resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol,
a dmg, or another substance. 11 U.S.C. § 507(aXI0).

* Amounts are subject to adjustment on April 1, 2007, and eveI)' three years thereafter with respect to cases commenced on or after the date of
adjustment.

_ continuation sheets attached

Foun B6F (10105)

TORRES MARRERO, JOSE A.

Inre    DIAZ VICENTE, MARIA S.

Debtor

Case No. 06-00358

(lrknown)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all enlilies holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the pelition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Banla.P. l007(m). Do not include claims listed in Schedules D and E. Ifall creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

O Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAIl.ING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 372655360577001<br><br>AMERICAN EXPRESS<br>P O BOX 297828<br>FT LAUDERDALE, FL 33329-7828 | | | CREDIT CARD<br>1999 | | | $2,609.18 |
| ACCOUNT NO. 5310510000168452<br><br>BANCO POPULAR<br>P O BOX 362708<br>SAN JUAN, PR 00936-2708 | | | CREDIT CARD<br>199904 | | | $4,876.96 |
| ACCOUNT NO. 101-0019036415-000-1<br><br>BANCO POPULAR DE PR<br>P O BOX 362708<br>SAN JUAN PR 00936-2708 | | | PERSONAL LOAN<br>1999 | | | 23,000.00 |
| ACCOUNT NO. 5414810012005675<br><br>BANCO SANTANDER<br>P O BOX 362589<br>SAN JUAN, PR 00936-2589 | | | CREDIT CARD<br>1999 | | | $5,925.95 |

|  | Subtotal | $ 36,412.09 |
|---|---|---|
| _continuation sheets attached | Total | $36,412.09 |

(Use only on last page of the completed Schedule F.)

( Report also on Summary of Schedules.)

TORRES MARRERO, JOSE A.          Case No. 06-00358

DIAZ VICENTE, MARIA S.                (Irknown)

Inre

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructiOII8 above.) | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | AMOUNT OF CLAIM WITHOm DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 8005549524<br><br>BANCO SANTANDER<br>P O BOX 191080<br>SAN JUAN, PR 00936-2708 | | | PERSONAL LOAN | | | $12,641.68 |
| ACCOUNT NO. 5460020080134075<br><br>CITIBANK, N.A.<br>P O BOX 70125<br>SAN JUAN, PR 00936-8125 | | | CREDIT CARD<br>1999 | | | $563.58 |
| ACCOUNT NO. C3526867-2<br><br>COMMOLOCO<br>1000 AVE JESUS T. PIOÑERO<br>LOCAL 14<br>CAYEY, PR00736 | | | PERSONAL LOAN<br>1999 | | | $1,161.00 |
| ACCOUNT NO. 4506930080055790<br><br>EUROBANK<br>P O BOX 5447<br>SAN JUAN, PR  00919-5447 | | | CREDIT CARD | | | $837.00 |
| ACCOUNT NO. 1308740834<br><br>RG PREMIER BANK<br>P O BOX 2510<br>GUAYNABO, PR 00970-2510 | | | PERSONAL LOAN<br>1999 | | | $4,532.00 |

Sheet DO. _of_sheets attached to Schedule of
Citon Holding UDlecured Nonpriority Claims

Subtotal     $     19,735.26

Tota     $

(Use only on last page of the IXImplctcd Schedule F.)

( Report also on SIIJ1IDW}' of Schedulcs.)

TORRES MARRERO, JOSE A.        Case No. 06-00358

DIAZ VICENTE, MARIA S.         (Irknown)

Inre

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructiOl8 above.) | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | AMOUNT OF CLAIM WITHOm DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 07788601100993156 ROOMS TO GO P O BOX 7010 ANAHEIM, CA 92850-7010 | | | PURCHASE OF MERCHANDISE 2000 | | | $2,069.00 |
| ACCOUNT NO. 9553159306244 SEARS ROEBUCK P O BOX 71204 SAN JUAN, PR 00936-8704 | | | REVOLVING ACCOUNT 1999 | | | $2,645.48 |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |

Sheet DO. _of_sheets attached to Schedule of
Citon Holding UDIccured Nonpriority Claims

Subtotal $ 4,714.48

Tota $ 60,861.83

(Use only on last page of the IXImplctcd Schedule F.)

( Report also on SIIJ1IDW}' of Schedulcs.)

Form B6U
(IO.OS)

TORRES MARRERO, JOSE A.          Case No. 06-00358
DIAZ VICENTE, MARIA S.

Inre                    Debtor                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS ANDUNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtoris the lessor or lessee of 8 lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If 8 minor child is 8 party to
one of the leases or contracts, indicate that by stating "8 minor child" and do not disclose the child's name. See 11 U.S.C. § 112;
Fed.R. Bankr. P. IO07(m).

O  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACf OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACf NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NONE | |

Fonn B6H
*(10/0S)*

In re

TORRES MARRIRO, JOSE A.

DIAZ VICENTE, MARIA S.

Debtor

Case No. 06-00358

(irknown)

## SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or 8 creditor, indicate that by stating "8 minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. l007(m).

O  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

Fonn
861
(l(v~

Inn

TORRES MARRERO, JOSE A.                    Case No. 06-00358

DIAZ VICENTE, MARIA S.
       Debtor                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, II, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: singles | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| RELATIONSHIP: | | AGE: |
| Employment: | DEBTOR | SPOUSE |
| Occupation | | |
| Name of Employer | | |
| J10W long employea | | |
| Aooress 01 J:.mployer | | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| I. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | | $ |
| 2. Estimate monthly overtime | $ | | $ |
| 3. SUBTOTAL | | | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and social security | $ | | $, |
|   b. Insurance | $ | | $ |
|   c. Union dues | $ | | $ |
|   d. Other (Specify): | $ | | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | | $ |
| 7. Regular income from operation of business or profession or firm. | $ | | $, |
|   (Attach detailed statement) | | | |
| 8. Income from real property | $ | | $, |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | | $ |
| II. Social security or government assistance | $1,057.00 | | |
|   (Specify): | | | $, |
| 12. Pension or retirement income | | | |
| 13. Other monthly income | $ | | $ |
|   (Specify): | $ | | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | | |
| IS. TOTAL MONTHLY INCOME (Add amoWltuhown OD lines 6 and 14) I | $1,057.00 | | |
| 16. TOTAL COMBINED MONTHLY INCOME: | | | |

(Report also on Summary of Schedules.)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Foan  B61
(10105)

In re    TORRES MARRERO, JOSE A        Case No. 06-00358
         DIAZ VICENTE, MARIA S.            (lfknown)
              Debtor

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weedly, quarterly, semi-annually, or annually to show monthly rate.

D  Check this box if a joint petition is tiled and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ 539.16 |
| a. Are real estate taxes included? | Yes | No | |
| b. Is property insurance included? | Yes | No | $0. 00 |
| 2. Utilities: a. Electricity and heating fuel | | | $0. 00 |
| b. Water and sewer | | | $30. 00 |
| c. Telephone | | | $20. 00 |
| d. Other | | | $0. 00 |
| 3. Home maintenance (repairs and upkeep) | | | $0. 00 |
| 4. Food | | | $0. 00 |
| 5. Clothing | | | $150.00 |
| 6. Laundry and dry cleaning | | | $0. 00 |
| 7. Medical and dental expenses | | | $0. 00 |
| 8. Transportation (not including car payments) | | | $50. 00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. IO.Charitable contributions | | | $40. 00 |
| II.Insurance (not deducted from wages or included in home mortgage payments) | | | $0. 00 |
| a. Homeowner's or renter's | | | $0. 00 |
| b. Life | | | $0. 00 |
| c. Health | | | $0. 00 |
| d. Auto | | | $0. 00 |
| e.Other | | | $0. 00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) (SpeCify ) | | | $0. 00 |
| 13. Installment payments: (In chapter II, 12, and 13 cases, do not list payments to be included in the plan) | | | $ |
| a. Auto | | | $0. 00 |
| b. Other | | | $0. 00 |
| c. Other | | | $0 |
| 14. Alimony, maintenance, and support paid to others | | | $0 |
| 15. Payments for support of additional dependents not living at your home | | | $-0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $0 |
| 17. Other | | | |

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the tiling of this document:

20. STATEMENT OF MONTHLY NET INCOME

$829.16

| | |
|---|---|
| a. Total monthly income from Line 16 of Schedule I | $1,057.00 |
| b. Total monthly expenses from Line 18 above | $ 829.16 |
| c. Monthly net income (a. minus b.) | $  227.84 |

# United States Bankruptcy Court

Form  6-Summary
(IO/OS)

### District Of

IDre

TORRES MARRERO, JOSE A.

DIAZ VICENTE, MARIA S.        Case No. 06-00358

Debtor                          Chapter

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A. B, D, E, F, I. and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary ofCcrtain Liabilities."

| NAME OF SCHEDULE | ATIACIIED (YESINO) | NO. OF SHEETS | ASSETS | LIABIL.ITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $75,000.00 | | |
| B - Penonal Property | | | $33,187.76 | | |
| C - Property Claimed as Exempt | AMOUNTS SCHEDULED | | | | |
| D ‒ Cccditors Holding Secured Claims | | | | $71,915.02 | |
| E ‒ Crcditon Holding Unsccured Priority Claims | | | | $N/A | |
| F ‒ Creditors Holding UDliccured Nonpriority Claims | | | | $60,861.83 | |
| G ‒ Ex=Itory Contracts aud Uno:xpin::d Leases | | | | | |
| H ‒ Codebton | | | | | |
| I ‒ Cumut Income of Individual Debtor(.) | | | | | $2,400.00 |
| I ‒ Cumut Expenditures of Individual Debton(.) | | | | | $2,248.00 |
| TOTAL | | | $108,187.76 | $132,776.85 | |

Official Form 6-Decl.
(10/05)

In re _____ ,                    Case No. _____

       Debtor                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____

*(Total shown on summary page plus 1.)*

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                    Signature: _____
                                                                              Debtor

Date _____                    Signature: _____
                                                                        *(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                 _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                  *(Required by 11 U.S.C. § 110.)*
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____                        _____
  Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.     *(Total shown on summary page plus 1.)*

Date _____

                      Signature: _____

                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------

--------*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7(10/05)

# UNITEDSTATES BANKRUPTCY COURT

## DISTRICT OF

In re:   TORRES MARRERO, JOSE
DIAZ VICENTE, MARIA S.

Debtor

Case No. 06-00358
(if
known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not ajoint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. IOO7(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. Uthe answer to an applicable question is "None," mark the box labded "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINI7IONS

*'7n business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full.time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*'Ins1der."* The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1. Income from employment or operadon of business

None
O
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors tiling under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

2

2. Income other than from employment or operation or business

None
O

State the amount of income received by the debtor other than from employment, trade, profession, opemtion of the
debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a
joint petition is filed, state income for each spouse sepamtely. (Married debtors filing under chapter 12 or chapter 13 must
state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

AMOUNT                                                    SOURCE

3. Payments to creditors

N_
O

*Complete a. or b., as approprioJe, and c:*

a. *Individual orjoint debtor(s)* with *prtmarlly consumer debts:* List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case
if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an
asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Nonprofit debtors filing
under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|

N_

O b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes
or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include
payments and other transfers by either or both spouses whether or not ajoint petition is filed, unless the spouses are
separated and ajoint petition is not filed)

| NAME AND ADDRESS OF CREDITOR | DATES OF PA *YMENTSI* TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

N_

O c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is filed, unless the spouses are sepamted and a joint petition
is not filed)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

4. Suits and administradve proceedinp, eucudons, garaislunents and attaduuents

3

None a. List all suits and administralive proceedings to which the debtor is or was a party within one year immediately
O      preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
       informalion concerning either or both spouses whether or not a joint pelition is filed, unless the spouses are separated and a
       joint petition is not filed.)

|          CAPTION OF SUIT |                              COURT   OR   AGENCY | STATUS OR |
| AND CASE NUMBER | NATURE OF PROCEEDING AND LOCATION | DISPOSITION |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one
O      year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
       must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petilion is not filed.)

| NAME AND ADDRESS |              | DESCRIPTION |
| OF PERSON FOR WHOSE BENEFIT | DATE OF | AND VALUE OF |
| PROPERTY WAS SEIZED | SEIZURE | PROPERTY |

### 5. Repossessions, foreclosures **and** returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
O      of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
       (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
       spouses whether or not a joint pelition is filed, unless the spouses are separated and a joint petilion is not filed.)

|                          | DATE OF REPOSSESSION, | DESCRIPTION |
| NAME AND ADDRESS OF | FORECLOSURE SALE, | AND VALUE OF |
| CREDITOR OR SELLER | TRANSFER OR RETURN | PROPERTY |

### 6. Assignments and receiverships

None a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the
O      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

|                          |              | TERMS OF |
| NAME  AND  ADDRESS | DATE OF | ASSIGNMENT OR |
| OF ASSIGNEE | ASSIGNMENT | SETTLEMENT |

4

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year
O      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE &. NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None List all gifts or charitable contributions made within one year immediately preceding the commencement of this
case
O      except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
       and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or
       chapter 13 must include gifts or contribunons by either or both spoUses whether or not a joint pennon is filed, unless the
       spouses are separated and a joint petinon is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Lones

None   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement
O      of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
       include losses by either or both spouses whether or not a joint pention is tiled, unless the spouses are separated and a joint petinon is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
O      consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
       within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 10. Other transfers

*S*

None
O

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Nooo
O

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S)OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Oosed financlal accounts

None
O

List all financial accounts and iustruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
O

List each safe deposit or other box or depositol)' in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF TIIOSE WITII ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

13. Setoffs

6

None List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding
O the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

14. Property held for another person

None List all property owned by another person that the debtor holds or controls.
O

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

15. Prior address of debtor

Nme
O If debtor has moved within three years immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed,
report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

16. Spouses and Former Spouses

Non
Ŏ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years
immediately preceding the commencement of the case, identity the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

NAME

17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soi~ surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None a. List the name and address of every site for which the debtor has received notice in writing by a governmental
O        unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the
         governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release
O        of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None C. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
O        respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party
         to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18. Nature, location and name of business

None a. *lithe debtor Is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
O        and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*lithe debtor Is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the busiuesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*lithe debtor Is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. *NO.1* COMPLETE EIN OR OTHER TAXPAYER I.D.NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING   AND ENDING DATES |
| --- | --- | --- | --- | --- |

None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
O          defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or bas been, within lis years immediately p~eding the commencement of this case, any of the following: an officer, di~tor, managing executive, or owner of more than *S* percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or Joint debtor should complete this portion of the statement only if the debtor Is or has been In business, as defined above, within six yearslmmediate/y preceding the commencement of this case. A debtor who has not been In business within tho.se six years should go directly to the signature page.)*

19. Books, records and finandal statements

None a. List all bookkeepers and accountants who within two years immediately ~ing the filing of this
O          bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy
O          case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                     DATES SERVICES RENDERED

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the
O          books of account and records of the debtor. If any of the books of account and records are not available,
explain.
NAME                                    ADDRESS

9

None d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
O     financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

         NAME AND ADDRESS                        DATE ISSUED

### 20. Inventories

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
O     taking of each inventory, and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None b. List the name and address of the person having possession of the records of each of the inventories reported
O     in a., above.

| | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

### 21 . Current Parmers, Officers, Directors and Shareholders

None   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
O partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None   b.  If the debtor is a corpomtion, list all officers and directors of the corporation, and each stockholder who
O     directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities
of the

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

### 22. Fonner partners, officers, directors and shareholders

None   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
O     preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

10

None b. If the debtor is a corpomtion, list all officers, or directors whose relationship with the corpomtion tenninated
O          within one year immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                    DATE OF TERMINATION


23. Withdrawals from a partnenhip or distributions by a corporation

None    If the debtor is a partnership or corpomtion, list all withdmwals or distributions credited or given to an insider,
O       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during one year immediately preceding the commencement of this case.

NAME & ADDRESS                                              AMOUNT OF MONEY
OF RECIPIENT,                    DATE  AND  PURPOSE         OR DESCRIPfION
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL              AND VALUE OF PROPERTY


24. Tu Consolidation Group.

None    If the debtor is a corpomtion, list the name and federal taxpayer identification number of the parent corpomtion of any
O       consolidated group for tax purposes of which the debtor has been a member at any time within six years
        immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER IDENTIFICATION NUMBER (EIN)


25. Pension Funds.

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
O       which the debtor, as an employer, has been responsible for contributing at any time within six years immediately
        preceding the commencement of the case.

NAME OF PENSION FUND             TAXPAYER IDENTIFICATION NUMBER (EIN)


. . . . . .

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____

Signature _____
of Debtor

Date _____

Signature _____
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*