IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE A TORRES MARRERO
MARIA S DIAZ VICENTE
DEBTOR(S)

CASE NO. 06-00358-SEK

CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

NOW COME, **JOSE A. TORRES MARRERO AND MARIA S. DIAZ VICENTE**, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors are hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated April 26, 2010, herewith and attached to this motion.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN**, that debtors proposed post-confirmation Plan is hereby circulated to all creditors and parties in interest. You are hereby notified that you have twenty (20) days to reject the proposed modification of this Plan and request a hearing.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Jose A. Torres Marrero and Maria S. Diaz Vicente; and to all creditors and parties in interest, in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of April, 2010.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA-CARRASQUILLO
USDC #203614
ATTORNEYS FOR PETITIONER
PO BOX 193677
San Juan PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
Email: rfigueroa@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                              Case No. **06-00358-SEK**

**TORRES MARRERO, JOSE ANTONIO & DIAZ VICENTE, MARIA SOCORRO**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/26/2010**
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | |
|---|---|---|---|
| $ 225.00 x 9 = $ | 2,025.00 |
| $ 375.00 x 11 = $ | 4,125.00 |
| $ 450.00 x 26 = $ | 11,700.00 |
| $ 0.00 x 5 = $ | 0.00 |
| $ 450.00 x 9 = $ | 4,050.00 |
| TOTAL: $ | 21,900.00 |

Additional Payments:
$ **21,458.00** to be paid as a LUMP SUM within **54 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**Mortgage Loan Refinancing**

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **43,358.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,250.00**

Signed: _Jose A. Torres Marrero_
         Debtor

_Maria S. Diaz Vicente_
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE COI**    Cr. _____    Cr. _____
# **(6)**        # _____        # _____
$ **5,018.90**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK- AUTO**    Cr. _____    Cr. _____
# **(5)**        # _____        # _____
$ **21,859.00**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**RG MORTGAGE COI**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
Debtor to paid balance in pre petition arrears (8,792.34) directly to RG (now BPPR) claim no. 6 through mortgage loan refinincing.
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to FIRST BANK thru the Trustee in the sum $100.00 per month for the next eight months or until confirmation and RETROACTIVE of filing date.
Debtor to provide auto insurance upon maturity to First Bank thru Universal Insurance. $1,786.00
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**        Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

| | |
|---|---|
| TORRES MARRERO, JOSE ANTONIO | COMMOLOCO INC<br>100 AVE JESUS T PINERO<br>LOCAL 14<br>CAYEY, PR 00736 |
| DIAZ VICENTE, MARIA SOCORRO | CRESCA CORP<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR 00936-8425 |
| R. Figueroa Carrasquillo<br>Law Office<br>PO Box 193677<br>San Juan, PR 00919-3677 | EUROBANK<br>PO BOX 5447<br>SAN JUAN, PR 00919-5447 |
| AMERICAN EXPRESS<br>PO BOX 297828<br>FT LAUDERDALE, FL 33329-7828 | FIRST BANK- AUTO<br>PO BOX 13817<br>SAN JUAN, PR 00908-3817 |
| BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | RG MORTGAGE CORPORATION<br>JESUS T PINERO AVE<br>HATO REY, PR 00919 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 |
| BANCO SANTANDER PR<br>PO BOX 191080<br>SAN JUAN, PR 00919-1080 | ROOMS TO GO<br>PO BOX 7010<br>ANAHEIM, CA 92850-7010 |
| CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | SEARS ROEBUCK<br>PO BOX 71204<br>SAN JUAN, PR 00936-8704 |
| CENTENNIAL DE PR<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | |
| CITIBANK NA<br>PO BOX 70125<br>SAN JUAN, PR 00936-8125 | |